# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER DMETRI NAILING, | No. CIV S-09-2475-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| B.D. FOSTERER, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request (Doc. 7) for information regarding amending his complaint. Plaintiff states that he has been "assaulted once again" and would like to amend in order to add new claims and/or defendants. It appears that plaintiff seeks to amend the current complaint to allege facts relating to events which occurred <u>after</u> this action was filed. If this is the case, plaintiff is advised that he would have to assert such new claims in a separate action because it would be impossible for him to meet the administrative exhaustion requirement. In particular, claims must be exhausted <u>before</u> suit is filed. Therefore, claims which arise after an action is filed cannot be exhausted for purposes of that action.

///

1    Because it is unclear whether plaintiff seeks to amend to add claims which arose
2 before or after this action was initiated, the court will permit plaintiff time to file an amended
3 complaint before screening the pleading currently on file.  If no amended complaint is filed, this
4 action will proceed on the original complaint.  To the extent plaintiff's instant request can be
5 construed as a motion for leave to amend, such a motion is not necessary because plaintiff may
6 amend his complaint once as of right without leave of court.
7    Accordingly, IT IS HEREBY ORDERED that:
8    1.    To the extent plaintiff leave of court to file an amended complaint, such
9 request (Doc. 7) is denied as unnecessary;
10    2.    If no amended complaint is filed within 30 days of the date of this order,
11 the action will proceed on the original complaint; and
12    3.    The Clerk of the Court is directed to send plaintiff the court's form civil
13 rights complaint by a state prisoner.

   DATED:  October 21, 2009

                                          _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE