1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    XAVIER DMETRI NAILING,              No. CIV S-09-2475-FCD-CMK-P

12              Plaintiff,

13         vs.                            <u>ORDER</u>

14    B.D. FOSTERER, et al.,

15              Defendants.

16    _____ /

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for appointment of counsel

19    (Doc. 27).  The United States Supreme Court has ruled that district courts lack authority to

20    require counsel to represent indigent prisoners in § 1983 cases.  <u>See</u> <u>Mallard v. United States</u>

21    <u>Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may

22    request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>See</u> <u>Terrell v.</u>

23    <u>Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36

24    (9th Cir. 1990).  In the present case, the court does not at this time find the required exceptional

25    circumstances.

26    / / /

1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the

2   appointment of counsel (Doc.27) is denied.

3

4    DATED:  June 15, 2011

5                                                      _____

6                                                      **CRAIG M. KELLISON**
                                                       UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26