IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XAVIER DMETRI NAILING,** | Case No. 2:09-cv-02475-MCE-CMK |
| Plaintiff, | **ORDER** |
| v. | |
| **FOSTERER, et al. ,** | |
| Defendants. | |

The request by counsel for Defendants to appear by telephone for the Status/Scheduling Conference before Magistrate Judge Craig Kellison on June 27, 2012, at 10:00 a.m., in Redding, California was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that counsel is permitted to appear for the Status/Scheduling Conference by telephone and shall schedule said appearance through Courtcall.

Dated: June 14, 2012     /s/ Craig M. Kellison  _____
                         The Honorable Craig M. Kellison