IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER DMETRI NAILING, | No. 2:09-CV-2475-MCE-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| B.D. FOSTERER, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a former prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's document entitled "Notice Motion of Plaintiff's Request of All Central Files File H57864, P08725 and G25239 by Defendants' Counsel Daniel Ikeri; Request for Document Production" (Doc. 94) To the extent this document is a request for discovery, plaintiff is advised that discovery requests should not be filed except in the context of a motion to compel. To the extent plaintiff's document is a motion to compel, it is procedurally defective. In the court's August 8, 2012, scheduling order, plaintiff was informed that this case was proceeding under the local rules as a civil pro se (non-prisoner) case because plaintiff is no longer incarcerated. Plaintiff was also informed that all motions pertaining to discovery must be noticed to be heard by December 14, 2012. Plaintiff's motion

1  does not notice any hearing date whatsoever.  Because plaintiff's motion was not noticed for a
2  hearing prior to or on December 14, 2012, plaintiff has failed to comply with the court's August
3  8, 2012, order.
4        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (Doc. 94) is
5  denied.

7  DATED: January 16, 2013

                                           _____
                                           **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE