IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER DMETRI NAILING, | No. 2:09-CV-2475-MCE-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| B.D. FOSTERER, et al., | |
|     Defendants. | |
| _____/ | |

    Plaintiff, a former prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.[1]  Discovery has been closed and alternative dispute resolution was unsuccessful.  The court will, by this order, re-set the deadline for filing of dispositive motions in this matter.

/ / /

/ / /

/ / /

---

[1] When this case was filed, plaintiff was incarcerated and case management in this matter was governed by the court's local rules for cases filed by state prisoners.  Upon plaintiff's release from incarceration, these local rules no longer applied.  This matter now proceeds under the local rules as a pro se civil case.

1

Accordingly, IT IS HEREBY ORDERED that:

1. All dispositive motions shall be noticed to be heard by November 6, 2013; and

2. The pre-trial conference and trial dates will be set by separate order at a later time.

DATED: August 1, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE